**IN THE CIRCUIT COURT FOR THE NINETEENTH JUDICIAL CIRCUIT**
**LAKE COUNTY, ILLINOIS**

| | |
|---|---|
| BEN VEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 14 L 427 |
| | ) |
| RUBBERMAID COMMERCIAL | ) |
| PRODUCTS, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE TO CLERK OF REMOVAL**

To: Clerk of the Nineteenth Judicial Circuit
Lake County, Illinois

You are hereby notified that Defendant Rubbermaid Commercial Products, LLC, filed its Notice of Removal in the above-captioned case with the Office of the Clerk of the United States District Court for the Northern District of Illinois in Chicago, Illinois this 29th day of July 2014. A copy of said Notice of Removal is attached hereto and hereby served upon you. Pursuant to 28 U.S.C. § 1446(d), the filing of this Notice with the Clerk effects the removal of this case and the Court is respectfully requested to proceed no further unless the case is remanded from the federal court.

Dated: July 29, 2014

_/s/ Mark Izrael_
Mark H. Izraelewicz
Andrew M. Lawrence
Tiffany D. Gehrke
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

Counsel for Defendant RUBBERMAID
COMMERCIAL PRODUCTS, LLC

**CERTIFICATE OF SERVICE**

I, Tiffany D. Gehrke, an attorney hereby certify that on July 29, 2014, I caused a copy of the foregoing Notice to Clerk of Removal and Notice of Removal and associated exhibits to be served via United States first class mail, postage prepaid, upon the following:

>Jefferey O. Katz
>The Patterson Law Firm, LLC
>One North LaSalle Street
>Suite 2100
>Chicago, Illinois 60602

/s/ Tiffany D. Gehrke