## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Ben Veal

                                         Plaintiff,

v.                                             Case No.: 1:14−cv−05810
                                                       Honorable Rebecca R. Pallmeyer

Rubbermaid Commercial Products, LLC

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 23, 2014:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Ruling held on 10/23/2014. Defendant Rubbermaid Commercial Products, LLC's motion to dismiss Plaintiff Ben Veal's fraud claim [12] is denied. Status hearing set for 12/10/2014 at 9:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.