# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Ben Veal

                                              Plaintiff,

v.                                                 Case No.: 1:14−cv−05810
                                                     Honorable Rebecca R. Pallmeyer

Rubbermaid Commercial Products, LLC

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 23, 2014:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Minute entry [27] is amended to clarify that motion to dismiss [12] is granted. Remainder of order to stand. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.