IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Ben Veal, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-CV-05810 |
| ) | |
| Rubbermaid Commercial ) | |
| Products, LLC, ) | **Jury Trial Demanded** |
| ) | |
| Defendant. ) | |

**Plaintiff's Settlement Statement**

Plaintiff, Ben Veal, by and through his attorneys, The Patterson Law Firm LLC, for his Settlement Statement states as follows:

On June 17, 2014, Mr. Veal filed his two-count complaint against Rubbermaid for breach of contract and for common law fraud. The fraud count has since been dismissed, leaving breach of contract as the sole cause of action in this matter.

The action stems from Mr. Veal agreeing to license his inventions to Rubbermaid and the subsequent inconsistencies in reported sales data related to those licensed inventions. Mr. Veal would like to exercise his right to inspect the sales data used to calculate royalty payments, in accordance with the licensing agreement. Mr. Veal alleges that his royalty payments are insufficient and that the sales data support this allegation.

There have been informal settlement discussions, but the parties have yet to engage in substantive conversations at this point.

                                                    Respectfully submitted,

Dated: October 30, 2014        /s/Jefferey O. Katz
                                          Jefferey O. Katz
                                          The Patterson Law Firm, LLC
                                          One North LaSalle Street
                                          Suite 2100
                                          Chicago, IL 60602
                                          Tel.  312-223-1699
                                          Fax. 312-223-8549
                                          Firm I.D.:  6283209
                                          Attorneys for Plaintiff