## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Ben Veal

                                        Plaintiff,

v.                                                            Case No.: 1:14−cv−05810
                                                                       Honorable Rebecca R. Pallmeyer

Rubbermaid Commercial Products, LLC

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 5, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Continued settlement conference held with party representatives present. Despite all parties' best efforts, settlement does not appear to be possible at this time. The case is returned to Judge Pallmeyer for further proceedings. The undersigned judge remains available for a future settlement conference if Judge Pallmeyer or the parties believe it might be productive. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.