UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEN VEAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RUBBERMAID COMMERCIAL ) <br> PRODUCTS, LLC, ) <br> ) <br> Defendant. ) | Civil Action No.: 14-cv-05810 <br><br> Hon. Judge Rebecca R. Pallmeyer |

## AGREED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff Ben Veal and Defendant Rubbermaid Commercial Products, LLC submit the attached Stipulated Protective Order for the approval of the Court.

The parties wish to limit disclosure of confidential technical, financial and other business information that may be disclosed during discovery in this action. The Stipulated Protective Order has been executed by the parties by their respective counsel and is hereby submitted for review and approval by the Court for use in connection with the above-captioned proceeding.

WHEREFORE, Defendant respectfully requests that the Court grant this Agreed Motion for Entry of the Stipulated Protective Order, submitted to the court by e-mail to Proposed_Order_Pallmeyer@ilnd.uscourts.gov according to the Court's Case Management Procedures and that said Stipulated Protective Order be entered by the Court.

Dated: July 9, 2015

/s/ Tiffany D. Gehrke
Mark H. Izraelewicz
Andrew M. Lawrence
Tiffany D. Gehrke
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive

6300 Willis Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

Counsel for Defendant
RUBBERMAID COMMERCIAL PRODUCTS, LLC

## CERTIFICATE OF SERVICE

I, Tiffany D. Gehrke, an attorney, hereby certify that on July 9, 2015, I caused a copy of the foregoing to be served via ECF upon all counsel of record.

/s/ Tiffany D. Gehrke