## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Ben Veal

                                      Plaintiff,

v.                                                   Case No.: 1:14−cv−05810
                                                           Honorable Rebecca R. Pallmeyer

Rubbermaid Commercial Products, LLC

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 10, 2015:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Joint motion for extension of time [48] granted without an appearance. Fact discovery close date extended to 10/13/2015; Plaintiff's expert reports due 11/7/2015; Defendant's expert reports due 12/6/2015; all expert discovery to be complete by 3/7/2016. Agreed motion for entry of stipulated protective order [50] granted without an appearance. (For further detail see separate orders.) Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.