IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BEN VEAL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:14-cv-05810 |
| RUBBERMAID COMMERCIAL PRODUCTS, LLC, | ) ) ) ) |
| Defendant. | ) ) |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Ben Veal ("Veal") and Defendant Rubbermaid Commercial Products, LLC ("Rubbermaid") hereby jointly requests an extension of time to complete fact discovery by approximately sixty (60) days, *i.e.*, until **December 11, 2015**, and re-set expert discovery accordingly. In support thereof, the parties states as follows:

The parties have exchanged initial discovery. The parties have met and conferred regarding the potential need for supplementing production. The parties have also discussed potential ESI issues. The parties have been working cooperatively in resolving their discovery issues; however, additional time is needed. Fact discovery is currently set to close on October 13, 2015. The parties believe that additional time is needed to complete fact discovery, in particular to resolve the remaining written discovery issues and conduct depositions.

The parties propose the following updates:

| Event | Previous Date | New Date |
|---|---|---|
| Fact discovery to close | October 13, 2015 | December 11, 2015 |
| Plaintiff's expert reports due | November 7, 2015 | January 15, 2015 |
| Defendant's expert reports due | December 6, 2015 | February 15, 2015 |
| All expert discovery to be complete | March 7, 2016 | May 13, 2015 |

WHEREFORE, Veal and Rubbermaid request this Court extend fact discovery by sixty (60) days and re-set expert discovery accordingly.

Dated:  _September 17, 2015____

Respectfully Submitted,

__/s/_Michael Haeberle_____
Jefferey O. Katz
Eric J. Chisholm
Michael D. Haeberle
THE PATTERSON LAW FIRM, LLC
1 North LaSalle Street
Suite 2100
Chicago, IL 60602
(312) 223-1699
jkatz@pattersonlawfirm.com
echisholm@pattersonlawfirm.com
mhaeberle@pattersonlawfirm.com

Counsel for Plaintiff
BEN VEAL

_/s/ Tiffany D. Gehrke_____
Mark H. Izraelewicz
Andrew M. Lawrence
Tiffany D. Gehrke
MARSHALL, GERSTEIN & BORUN LLP
233 S. Wacker Drive
6300 Willis Tower
Chicago, IL  60606
Telephone: (312) 474-6300
Facsimile: (312) 474-0448
mizraelewicz@marshallip.com
alawrence@marshallip.com
tgehrke@marshallip.com

Counsel for Defendant
RUBBERMAID COMMERCIAL PRODUCTS, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BEN VEAL, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 1:14-cv-05810 |
| RUBBERMAID COMMERCIAL PRODUCTS, LLC, | ) ) ) ) |
| Defendant. | ) ) |

## **[PROPOSED] ORDER**

Upon consideration of Agreed Motion to Extend Time to Answer or Otherwise Respond to the Complaint, IT IS HEREBY ORDERED:

1. The motion to extend time to complete discovery is GRANTED; and

2. The deadlines are set as follows:

| **Event** | **Previous Date** | **New Date** |
|---|---|---|
| Fact discovery to close | October 13, 2015 | December 11, 2015 |
| Plaintiff's expert reports due | November 7, 2015 | January 15, 2015 |
| Defendant's expert reports due | December 6, 2015 | February 15, 2015 |
| All expert discovery to be complete | March 7, 2016 | May 13, 2015 |

                                                               Respectfully submitted,

Dated: September 17, 2015        /s/Michael > Haeberle_____
Jefferey O. Katz (IL #6283209)
Michael D. Haeberle (IL #6309164)
Elise Yu (IL #6319591)
The Patterson Law Firm, LLC
One North LaSalle Street
Suite 2100
Chicago, IL 60602
Tel.: 312-223-1699
Fax: 312-223-8549
Attorneys for Plaintiff