IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BEN VEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-cv-05810 |
| | ) |
| RUBBERMAID COMMERCIAL PRODUCTS, LLC, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff Ben Veal ("Veal") and Defendant Rubbermaid Commercial Products, LLC ("Rubbermaid") hereby jointly requests an extension of time to complete fact discovery by approximately sixty (60) days, *i.e.*, until **February 12, 2016**, and re-set expert discovery accordingly. In support thereof, the parties states as follows:

The parties have exchanged initial discovery. The parties have met and conferred regarding the potential need for supplementing production. The parties have been working cooperatively in resolving their discovery issues; however, additional time is needed. Defendants have recently produced sales data necessary for depositions to be taken and have indicated that there are additional documents that have not yet been produced but will be soon. Fact discovery is currently set to close on December 11, 2015. The parties believe that additional time is needed to complete fact discovery, in particular to resolve the remaining written discovery issues and conduct depositions.

1

The parties propose the following updates:

| Event | Previous Date | New Date |
|---|---|---|
| Fact discovery to close | December 11, 2015 | February 12, 2016 |
| Plaintiff's expert reports due | January 15, 2016 | March 11, 2016 |
| Defendant's expert reports due | February 15, 2016 | April 15, 2016 |
| All expert discovery to be complete | May 13, 2016 | July 15, 2016 |

WHEREFORE, Veal and Rubbermaid request this Court extend fact discovery by sixty (60) days and re-set expert discovery accordingly.

Dated:  December 2, 2015

Respectfully Submitted,

  /s/ Michael Haeberle          /s/ Tiffany D. Gehrke
Jefferey O. Katz                Mark H. Izraelewicz
Eric J. Chisholm                Andrew M. Lawrence
Michael D. Haeberle             Tiffany D. Gehrke
THE PATTERSON LAW FIRM, LLC     MARSHALL, GERSTEIN & BORUN LLP
1 North LaSalle Street          233 S. Wacker Drive
Suite 2100                      6300 Willis Tower
Chicago, IL 60602               Chicago, IL 60606
(312) 223-1699                  Telephone: (312) 474-6300
jkatz@pattersonlawfirm.com      Facsimile: (312) 474-0448
echisholm@pattersonlawfirm.com
mhaeberle@pattersonlawfirm.com  mizraelewicz@marshallip.com
                                alawrence@marshallip.com
                                tgehrke@marshallip.com

Counsel for Plaintiff
BEN VEAL                        Counsel for Defendant
                                RUBBERMAID COMMERCIAL
                                PRODUCTS, LLC