**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Ben Veal

            Plaintiff,

v.                 Case No.: 1:14−cv−05810
                Honorable Rebecca R. Pallmeyer

Rubbermaid Commercial Products, LLC

            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 3, 2015:

  MINUTE entry before the Honorable Rebecca R. Pallmeyer: Joint motion for extension of time [60] is granted without an appearance. Fact discovery close date extended to 2/12/2016. Plaintiff's expert reports extended to 3/11/2016. Defendant39;s expert reports extended to 4/15/206. Close of all expert discovery extended to 7/15/2016. Status hearing set for 12/7/2015 is stricken and re−set to 1/19/2016 at 9:00 AM. The court will not again extend the discovery schedule. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.