**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Ben Veal

                                  Plaintiff,

v.                                         Case No.: 1:14−cv−05810
                                                Honorable Rebecca R. Pallmeyer

Rubbermaid Commercial Products, LLC

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 19, 2016:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 1/19/2016. Status hearing set for 4/14/2016 at 9:00 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.